IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**KENNETH MCDONALD,**
**GREG GALLOWAY, and**
**WILLIAM SMITHART,**

       Plaintiffs, Counter-Defendants

v.                                                              Case No. 1-05-1248-T An

**REITTER & SCHEFENACKER**
**USA LP,**

       Defendant, Counter-Plaintiff, Third-Party Plaintiff

v.

**DUANE DOERING,**

       Third-Party Defendant.

## ORDER OF SPECIAL ADMISSION

At a session of said Court this 26th day of September 2005 in the City of Jackson, County of Madison before Hon. James D. Todd

The Court, having read the Motion for Permission to Participate in the Above-Captioned Case and exhibits thereto filed by the attorneys for Defendant, and being otherwise fully advised in the premises;

IT IS ORDERED: The Motion is GRANTED, and Attorneys Steven J. Fishman, Donald H. Scharg and CaraLee B. Epp shall be admitted specially to participate in the above-captioned matter before this Court.

                                            James D. Todd
                                            District Court Judge
                                            26 September 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 09-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01248 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Matthew Raines West
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Donald H. Scharg
THE FISHMAN GROUP
40950 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304

Steven W. Maroney
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

CaraLee B. Epp
THE FISHMAN GROUP
40950 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Steven J. Fishman
THE FISHMAN GROUP
40950 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304

Honorable James Todd
US DISTRICT COURT