IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**KENNETH MCDONALD,**
**GREG GALLOWAY, and**
**WILLIAM SMITHART,**

      Plaintiffs, Counter-Defendants

v.                                                                Case No. 1-05-1248-T An

**REITTER & SCHEFENACKER**
**USA LP,**

      Defendant, Counter-Plaintiff, Third-Party Plaintiff

v.

**DUANE DOERING,**

      Third-Party Defendant.

## ORDER OF SPECIAL ADMISSION

At a session of said Court this 6th day of October 2005 in the City of Jackson, County of Madison before Hon. James D. Todd

The Court, having read the Motion for Permission to Participate in the Above-Captioned Case and exhibits thereto filed by Tina M. Wertheimer, and being otherwise fully advised in the premises;

IT IS ORDERED: The Motion is GRANTED, and Attorney Tina M. Wertheimer shall be admitted specially to participate in the above-captioned matter before this Court.

                                                James D. Todd
                                                District Court Judge
                                                6 October 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10-11-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01248 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

CaraLee B. Epp
THE FISHMAN GROUP
40950 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304

Matthew Raines West
TEEL, MCCORMACK & MARONEY
87 Murray Guard Drive
Jackson, TN 38305

Steven W. Maroney
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

Tina M. Wertheimer
THE FISHMAN GROUP
40950 Woodward
Ste. 350
Bloomfield Hills, MI 48304

Donald H. Scharg
THE FISHMAN GROUP
40950 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Steven J. Fishman
THE FISHMAN GROUP
40950 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT