IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KENNETH McDONALD et al )
)
    Plaintiff, )
)
v. ) Case No. 1:05-1248-T/An
)
REITTER & SCHEFENACKER, )
)
    Defendant. )

## SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

**RULE 26(a)(1) DISCLOSURE DEADLINE**: DECEMBER 7, 2005

**JOINING PARTIES**: DECEMBER 30, 2005

**AMENDING PLEADINGS**: DECEMBER 30, 2005

**COMPLETING ALL DISCOVERY**:

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES, AND REQUESTS FOR ADMISSIONS**: AUGUST 25, 2006

    (b)    **EXPERT DISCLOSURE (Rule 26)**:

        (1)    **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: JUNE 23, 2006

        (2)    **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: JULY 30, 2006

        (3)    **SUPPLEMENTATION UNDER RULE 26(e)**: 10 days after Defendant's

1

      (a)    **DEPOSITION OF EXPERTS:** AUGUST 25, 2006

**FILING DISPOSITIVE MOTIONS:** SEPTEMBER 27, 2006.

**FINAL LIST OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

      (a) **PLAINTIFF:** NOVEMBER 10, 2006

      (b) **DEFENDANT:** NOVEMBER 27, 2006

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under rule 26(a)(3).

The trial of this matter is expected to last three to four days, and is **SET FOR JURY TRIAL** at __9:30__ a.m. on __DECEMBER 27, 2006__. A joint pretrial order shall be submitted no later than 5:00 p.m. on __DECEMBER 15, 2006__. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

*The parties are encouraged to engage in court-annexed attorney mediation or private*

is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.***

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

*/s/ S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: November 28, 2005

AGREED AND APPROVED FOR ENTRY:

**GILBERT & RUSSELL, PLC**
2021 Greystone Park
P.O. Box 11357
Jackson, Tennessee 38308
Telephone:    731-664-1340
Telefax:          731-667-1540

By: */s/ Michael Russell w/permission*
Justin S. Gilbert
Michael L. Russell

Attorneys for Plaintiff

**THE FISHMAN GROUP**
40950 Woodward Ave.
Suite 350
Bloomfield Hills, Michigan 48304
Telephone:    248-258-8700
Telefax:          248-258-8745

By: */s/ Steven J. Fishman*
Steven J. Fishman
CaraLee B. Epp
Donald H. Scharg

Attorneys for Defendant

is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.***

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

*/s/ S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: November 28, 2005

AGREED AND APPROVED FOR ENTRY:

**GILBERT & RUSSELL, PLC**
2021 Greystone Park
P.O. Box 11357
Jackson, Tennessee 38308
Telephone:    731-664-1340
Telefax:          731-667-1540

By: */s/ Michael Russell w/permission*
Justin S. Gilbert
Michael L. Russell

Attorneys for Plaintiff

**THE FISHMAN GROUP**
40950 Woodward Ave.
Suite 350
Bloomfield Hills, Michigan 48304
Telephone:    248-258-8700
Telefax:          248-258-8745

By: */s/ Steven J. Fishman*
Steven J. Fishman
CaraLee B. Epp
Donald H. Scharg

Attorneys for Defendant

| | |
|---|---|
| **TEEL, McCORMACK & MARONEY**<br>87 Murray Guard Drive<br>Jackson, Tennessee 38308<br>Telephone:   731-664-1340<br>Telefax:       731-664-1540 | **SCHEFENACKER, INC.**<br>General Counsel North American Operations<br>1855 Busha Highway<br>Marysville, MI 48040<br>Telephone:   810-388-2454<br>Telefax:       810-364-0164 |
| By: *Steven Maroney w/permission*<br>Steven W. Maroney<br>Matthew R. West | By: *Tina Wertheimer w/permission*<br>Tina M. Wertheimer |
| Co-Counsel for Defendant | Co-Counsel for Defendant |

F:\ssdocs\09626\05\Joint Proposed Scheduling Order.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| KENNETH MCDONALD, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:05-1248-T/An |
| | ) |
| REITTER & SCHEFENACKER USA LP, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned, as counsel for Defendant, Counter-Plaintiff, Third-Party Plaintiff, hereby certifies that a true and correct copy of the foregoing proposed Scheduling Order has been sent by regular mail to:

Justin S. Gilbert
Michael L. Russell
Gilbert & Russell, PLC
2021 Greystone Drive
P. O. Box 11357
Jackson, TN 38308

Tina M. Wertheimer
Schefenacker, Inc.
1855 Busha Highway
Marysville, MI 48040

Steven W. Maroney
Matthew R. West
Teel, McCormack & Maroney, P.L.C.
87 Murray Guard Drive
Jackson, TN 38305

_____
CaraLee B. Epp

F:\ssdocs\09626\05\Certificate of Service 11 22 05.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:05-CV-01248 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Matthew Raines West
TEEL, MCCORMACK & MARONEY
87 Murray Guard Drive
Jackson, TN 38305

Tina M. Wertheimer
THE FISHMAN GROUP
1855 Busha Hwy.
Marysville, MI 48040

Donald H. Scharg
THE FISHMAN GROUP
40950 Woodward Ave.
Ste. 350
Bloomfield Hills, MI 48304

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Steven W. Maroney
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Steven J. Fishman
THE FISHMAN GROUP
40950 Woodward Ave., Ste. 350
Ste. 350
Bloomfield Hills, MI 48304

CaraLee B. Epp
THE FISHMAN GROUP
40950 Woodward Ave.
Ste. 350
Bloomfield Hills, MI 48304

Honorable James Todd
US DISTRICT COURT